

September 22, 2025

Honorable Judge Sean Lane
United States Bankruptcy Court
Southern District of New York
White Plains Division
300 Quarropas Street
White Plains, NY 10601

**Re: Moshe Silber, Debtor**
**Bankruptcy Case: 25-22890**

Dear Honorable Judge Lane:

    This firm represents the Debtor Moshe Silber in connection with the above-referenced matter. On Friday, September 19, 2025, shortly after filing, I submitted a letter on the docket requesting withdrawal of the Chapter 7 petition due to the inadvertent error. After further review and consultation with the Debtor, we now wish to proceed by conversion to Chapter 11 under 11 U.S.C. § 706(a) rather than withdrawal.

    Accordingly, I intend to file a Motion to Convert the case to Chapter 11, and in accordance with Judge Lane's Chambers Rules, I have requested a hearing date and time for the motion. Upon receipt of the hearing date I will file the Motion to Convert.

    I thank you for your consideration.

                                          Respectfully,

                                          */s/ Charles Wertman*
                                          Charles Wertman, Esq.

cc: All parties via ECF

100 Merrick Road Suite 304 W • Rockville Centre • New York 11570
Tel: (516) 284-0900 • Fax (516) 284-0901
charles@cwertmanlaw.com